UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH THOMAS, | ) | 1:05-cv-00299-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS (DOC.9) |
| | ) | |
| v. | ) | ORDER DIRECTING PLAINTIFF TO PAY |
| | ) | $250.00 FILING FEE WITHIN TWENTY |
| FEDERAL CONGRESS MEMBER | ) | DAYS OF SERVICE OF THIS ORDER |
| ENACTMENT OF PLRA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se with an action alleging violation of his civil rights pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. On March 22, 2005, the undersigned Magistrate Judge filed findings and a recommendation that the Court deny Plaintiff's requests for injunctive relief from the requirement of paying a filing fee and direct Plaintiff to pay the filing fee or face dismissal of the action. Plaintiff was granted thirty days within which to file objections. The findings and recommendation were served on all parties on March 22, 2005.

1

On March 30, 2005, Plaintiff filed a request for an extension of time within which to file objections. Although Plaintiff made no showing of good cause for such an extension, in view of the short time requested and in an abundance of caution, the Court granted on April 5, 2005, one single extension of time within which to file objections. On April 19, 2005, Plaintiff filed objections to the findings and recommendations. The undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 22, 2005, are ADOPTED IN FULL; and

2. The Court FINDS pursuant to 28 U.S.C. § 1915(g) that Plaintiff IS INELIGIBLE to proceed in forma pauperis in the instant action, and the Court DENIES Plaintiff's request for an order permitting him to proceed in forma pauperis; and

3. The Court DENIES Plaintiff's request for an extension of time; and

4. The Court DENIES Plaintiff's requests for preliminary and permanent injunctive relief to be able to proceed in forma pauperis; and

2

1    4) The Court ORDERS Plaintiff to pay the $250.00 filing fee
2 within twenty days, or the action will be dismissed.
3 IT IS SO ORDERED.

**Dated:    April 21, 2005**                              **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE